**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BRADLEY GRAFFIUS,

          Petitioner

          v.

COMMONWEALTH OF PENNSYLVANIA,
DEPARTMENT OF TRANSPORTATION,
BUREAU OF DRIVER LICENSING,

          Respondent

: No. 391 MAL 2018
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

      **AND NOW**, this 17th day of October, 2018, the Petition for Allowance of Appeal is **DENIED**.